IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADNENE SASSI<br>8303 Moline Place<br>Springfield, Virginia 22153<br><br>　　　Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>TRANSIT AUTHORITY<br>600 Fifth Street, N.W.<br>Washington, DC 20001<br><br>　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **Case No.** _____ |

## **COMPLAINT**

The Plaintiff, Adnene Sassi, through counsel, sues the Defendant, Washington Metropolitan Transit Authority and as reasons therefore states:

1.   That the Plaintiff Adnene Sassi is an adult citizen of the United States and at all relevant times was a resident of the Commonwealth of Virginia.

2.   That the Defendant Washington Metropolitan Transit Authority ("WMATA") is an entity engaged in the provision of transportation services in Maryland, Virginia and the District of Columbia.

3.   That the Defendant regularly conducts business within the state of Maryland and that Section 81 of the Defendant's compact recognizes that the Courts of Maryland have concurrent jurisdiction over the Defendant (with the United States District Courts). has been a resident of Howard County, Maryland, at all times relevant to this case.

4.   That on or about October 15, 2019 the vehicle operated by the Plaintiff was

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
\_\_\_\_\_

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
\_\_\_\_\_

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

traveling in the right lane of H Street, N.W. between 11th and 12th Streets in Washington, DC.

5. That a WMATA bus was traveling in the same direction as the Plaintiff's vehicle on H Street N.W. in the left lane.

6. That the WMATA bus began to move from the left lane to the right lane, and struck the rear driver's side of the Plaintiff's vehicle.

7. That at the time of the occurrence the operator of the WMATA bus was acting within the scope of his or her employment with WMATA and WMATA is therefore vicariously liable for the operator's actions.

8. At all times relevant herein the Defendant and its employee owed a duty to Plaintiff to maintain a proper lookout; to exercise due care in the operation of WMATA's motor vehicle; to operate the motor vehicle in a safe and prudent manner; to operate his vehicle at a safe and prudent speed; to reduce the speed of his vehicle to avoid a collision; to maintain control over WMATA's vehicle; to operate WMATA's vehicle in a single lane of traffic; to maintain WMATA's vehicle in a single lane until it was safe to move it from its lane; to obey all traffic control devices; to drive in accordance with all prevailing District of Columbia traffic rules and regulations; and otherwise to pay full time and attention in the operation of WMATA's vehicle.

9. The Defendant its employee breached these aforementioned duties by failing to maintain a proper lookout; to exercise due care in the operation of WMATA's motor vehicle; to operate the motor vehicle in a safe and prudent manner; to operate his vehicle at a safe and prudent speed; to reduce the speed of his vehicle to avoid a collision; to maintain control over WMATA's vehicle; to operate WMATA's vehicle in a single lane of traffic; to maintain WMATA's vehicle in a single lane until it was safe to move it from its lane; to obey all traffic

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
―――
17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
―――
3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

control devices; to drive in accordance with all prevailing District of Columbia traffic rules and regulations; and otherwise to pay full time and attention in the operation of WMATA's vehicle.

10. That as a direct and proximate result of the negligence of the Defendant and its agent the Plaintiff received severe and painful injuries to his body, which have caused him and may continue to cause him great pain and mental anguish.

11. That as a further direct and proximate result of the negligence of the Defendant and its agent the Plaintiff has been forced to expend and may be forced to expend in the future large sums of money for hospitalization, x-rays, doctors nurses, medical treatment, and medications in the treatment of his aforesaid injuries.

12. That as a further direct and proximate result of the negligence of the Defendant the Plaintiff as a result of his injuries missed time from his employment and lost earnings, and his future earnings may be affected.

13. That Plaintiff was neither contributorily negligent nor assumed the risk of his injuries.

WHEREFORE, Plaintiff Adnene Sassi demands judgment against Defendant, Washington Metropolitan Transit Authority ("WMATA"), in the amount of One Million Dollars ($1,000,000), plus a separate award for costs and interest, and for such other relief as this Honorable Court deems just and proper.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
 GALLAGHER & DeBLASIS, LLP

 /s/ Mark A. Kohl #16890
Mark A. Kohl, #16890
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301)352-4950
(301)352-8691 - Fax
mkohl@decarodoran.com
*Counsel for Plaintiff*

## JURY DEMAND

The Plaintiff demands trial by jury on all issues raised in the above-captioned matter.

 /s/ Mark A. Kohl #16890
Mark A. Kohl, #16890

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548